PEOPLE OF PUERTO RICO, Plaintiff and Appellee, *v.* PABLO ALVAREZ ACEVEDO, Defendant and Appellant.

No. 5553. Argued December 12, 1934.—Decided December 13, 1934.

*José Veray, Jr.,* for appellant. *R. A. Gómez, Prosecuting Attorney,* for appellee.

MR. JUSTICE WOLF delivered the opinion of the Court.

This was a prosecution under the National Prohibition Act begun before the enactment of the Twenty-First Amendment, repealing the Eighteenth Amendment to the Constitution of the United States.

Among other alleged errors the appellant maintains that a repealing provision of law puts an end to all prosecutions begun before the repeal. To this the *fiscal* agrees and suggests a reversal. The opinion of the Supreme Court of the United States entitled *U. S.* v. *Chambers,* 291 U. S. 217, cited as *U. S.* v. *Gibson,* wherein a prosecution was begun under the Prohibition Act, determines the question. Therein, as pointed out by the *fiscal,* the court held that the Prohibition Act had become ineffective, that the congressional act depended upon the existence of the Eighteenth Amendment and its repeal left nothing on which to base a prosecution. *Debile fundamentum fallit opus.* This is one of the rare cases where an act, *qua* amendment, has a retroactive effect.

The judgment will be reversed and the appellant discharged.